50 N.J. 84 (1967)
CHARLES EDWARD ROLL, ETC., PLAINTIFF-PETITIONER,
v.
BRUCE E. TIMBERMAN, ET ALS., DEFENDANTS AND TOWNSHIP OF HARRISON, THIRD-PARTY PLAINTIFF-RESPONDENT,
v.
CORA E. MARTIN, ADMINISTRATRIX, THIRD-PARTY DEFENDANT.
The Supreme Court of New Jersey.
June 30, 1967.
Messrs. Brown, Connery, Kulp & Wille and Mr. George F. Kugler, Jr. for the petitioner.
Messrs. Orlando & Cummins and Messrs. McCord, Farrell, Eynon & Munyon for the respondents.
Denied.